## CERTIFICATE OF SERVICE

I, <u>Gini L. Downing</u> (name), certify that service of this summons and a copy of the complaint was made <u>February 4, 2022</u> (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Eisai Inc.
100 Tice Blvd.
Woodcliff Lake, NJ 07677

Brian Jackiw
Thomas R. Fawkes
Tucker Ellis LLP
233 South Wacker Drive, Suite 6950
Chicago, IL 60606

Eisai Inc.
Attn: Vincent Andrews, SVP,
General Counsel, Corporate Strategy
100 Tice Boulevard
Woodcliff Lake, NJ 07677

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
Eisai Inc.
Attn: Haruo Naito, Dir & CEO
Kenta Takahashi, EVP and Gen Counsel
100 Tice Blvd.
Woodcliff Lake, NJ 07677

Corporation Service Company,
R/A for Eisai Inc.
251 Little Falls Drive
Wilmington, DE 19808

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

| | | | |
|---|---|---|---|
| Date | February 4, 2022 | Signature | /s/ Gini L. Downing |
| | Print Name: | | Gini L. Downing |
| | | | Pachulski Stang Ziehl & Jones LLP |
| | | | 10100 Santa Monica Blvd. |
| | | | 13th Floor |
| | Business Address: | | Los Angeles, CA 90067 |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Corporation Service Company,
   R/A for Eisai Inc.
   251 Little Falls Drive
   Wilmington, DE 19808

   9590 9402 3367 7227 2944 35

2. Article Number (Transfer from service label)

   7017 2400 0000 3936 7098

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Paul Sisof
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt